IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY L. JOHNSON**                                                                                    **PLAINTIFF**

v.                                      **CASE NO. 4:24-CV-00764-BSM-JTK**

**McJUNKIN,** *et al.*                                                                                **DEFENDANTS**

## ORDER

After carefully reviewing the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 4] is adopted in part and rejected in part. The recommendation is adopted with regard to Larry Johnson's claims against defendants Thompson, Salisbury, Paige, and Solomon, and those claims are dismissed without prejudice for failure to state a claim. The clerk is directed to terminate Thompson, Salisbury, Paige, and Solomon as parties. The recommendation is rejected with regard to Johnson's damages against defendants McJunkin and Stracener, and Johnson will be permitted to put on evidence of the full extent of his damages, if there are any.

IT IS SO ORDERED this 8th day of October, 2024.

UNITED STATES DISTRICT JUDGE