IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY L. JOHNSON**                                                                 **PLAINTIFF**

v.                            **CASE NO. 4:24-CV-00764-BSM**

**FAITH MCJUNKINS,** *et al.*                                                **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 28] is adopted; defendants' motion for summary judgment on the issue of exhaustion [Doc. No. 24] is granted; Larry Johnson's claims against defendants are dismissed without prejudice for failure to exhaust; Johnson's complaint [Doc. No. 2] is dismissed; and it is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE