IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY L. JOHNSON**                                                                                    **PLAINTIFF**

v.                                          **CASE NO. 4:24-CV-00764-BSM**

**FAITH MCJUNKINS,** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the orders entered on October 8, 2024 [Doc. No. 7] and today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE